# LEE LITIGATION GROUP, PLLC
30 EAST 39TH STREET, SECOND FLOOR
NEW YORK, NY 10016
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:      212-465-1188
                      cklee@leelitigation.com

August 14, 2017

**Via ECF**
The Honorable Dora L. Irizarry, U.S.D.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:   *Chuisaca v. Eleftheria Rest Corp. d/b/a Don Coqui Astoria, et al.*
             Case No.: 17-cv-528

Dear Chief Judge Irizarry:

      We are counsel to Plaintiffs in the above-referenced matter. We write, jointly with counsel for Defendants Eleftheria Rest. Corp. d/b/a Don Coqui Astoria, SCF Cedar LLC d/b/a Salsa Con Fuego, Dimitrios Mitsios and Joseph D. Nieves. We write to inform the Court that the parties have reached a settlement in principle and we respectfully request the Court to So Order the attached stipulation to dismiss the herein matter without prejudice.

      Courts in both the Eastern District of New York and Southern District of New York have dismissed cases without requiring a fairness review where the parties have agreed to dismiss without prejudice. *See Velez v. 111 Atlas Restaurant Corp., et al.*, Case No. 14 Civ. 6956(MKB)(CLP) (E.D.N.Y.); *see also Canelas v. World Pizza, Inc., et al.*, No. 14 Civ. 7748, Dkt. Nos. 139-140 (S.D.N.Y., June 26, 2017) (Judge Ramos instructed that the parties may "[s]tipulate to dismissal of the case without prejudice, which the Court need not approve under Second Circuit case law."), citing *Cheeks v. Freeport Pancake House Inc.*, 796 F.3d 199, 201 n.2 (2d Cir. 2015).

      The parties respectfully request the Court to dismiss the herein matter without prejudice to avoid further litigation and costs as the parties are not seeking to dismiss with prejudice.

      We thank Your Honor for considering this matter.

Respectfully submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.

cc:   All Parties via ECF
       Judge Steven M. Gold, U.S.M.J.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------

LUIS CHUISACA, RICARDO BARCENAS
and CELESTINO CRUZ,
on behalf of themselves, FLSA Collective
Plaintiffs and the Class,

              **Plaintiffs,**

      -against-

ELEFTHERIA REST CORP.
d/b/a DON COQUI ASTORIA,
DC 115 CEDAR NR, LLC
d/b/a GET SOUL,
SCF CEDAR LLC
d/b/a SALSA CON FUEGO,
DIMITRIOS MITSIOS,
JAIME RODRIGUEZ
a/k/a JIMMY RODRIGUEZ,
JALEENE RODRIGUEZ,
JEWELLE RODRIGUEZ and,
JOSEPH D. NIEVES,

              **Defendants.**

Case No. 17-CV-528

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

-----------------------------------------------------------------

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, without prejudice against the Defendants, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

For the Defendants:

By: _____
Daniel G. DePasquale, Esq.
Daniel G. DePasquale, P.C.
300 Rabro Drive, Suite 125
Hauppauge, NY 11788
Telephone: (631)-881-0040
Fax: (631)-881-0818
dan@dgdpc.com
Date: 8/11/17

For the Plaintiffs:

By: _____
C.K. Lee, Esq.
Lee Litigation Group, PLLC
30 East 39th Street, 2nd Floor
New York, New York 10016
Telephone: (212) 465-1188
Fax: (212) 465-1181
cklee@leelitigation.com
Date: 8/11/17

By: _____
Linda H. Joseph, Esq.
Schroder, Joseph & Associates, LLP
392 Pearl Street. Suite 301
Buffalo, NY 14202
Telephone:(716)-881-4902
Fax: (716)-881-4909
ljoseph@sjalegal.com

Date: August 14, 2017


**SO ORDERED:**


Dated:_____      _____
                                United States District Judge